```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SOUTHERN HOME CARE SERVICES     :
INC. d/b/a RESCARE HOMECARE,    :
                                :
     Plaintiff,                 :
                                :
     v.                         :          CASE NO.  3:13cv792(RNC)
                                :
VISITING NURSE SERVICES, INC.   :
OF SOUTHERN CONNECTICUT,        :
MAURICE BUNNELL, R.N. and       :
RHONDA MARSHALL, R.N.,          :
                                :
     Defendants.                :
```

                            SCHEDULING ORDER

It is hereby ORDERED that:

1.  A hearing on the plaintiff's motion for preliminary injunction (doc. #5) shall be held on October 1, 2013 at 10:00 a.m. and shall continue, if necessary, on October 2 and October 3, 2013.

2.  Pursuant to the parties' agreement, initial requests for production of documents and interrogatories will be served on or after June 28, 2013.  Initial disclosures will be served on July 12, 2013.  Document discovery shall be completed by August 8, 2013.  Deposition of fact witnesses shall be completed by September 13, 2013.

3.  Prior to September 13, 2013, counsel for the parties shall confer in an attempt to arrive at stipulations of fact and to agree on exhibits that may be introduced without objection at the hearing.

3.  By September 19, 2013, each party shall file a memorandum of law.  In addition to setting forth its version of the facts and

the legal argument in support of its position, each party shall include in its memorandum a list of witnesses who will testify at the hearing and a brief description of each witness's testimony. If a party objects to all or any part of the anticipated testimony of any witness, the objection and its grounds shall be set forth.

    4.   Also by September 19, 2013, the parties shall file a stipulation of all facts not in dispute.

    5.   Also by September 19, 2013, each party shall file a list of exhibits that will be introduced at the hearing. The exhibit list shall denote the exhibit number and a brief description of the exhibit. The list also shall note whether the parties agree that a particular exhibit should be admitted as evidence without objection at the hearing. If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection. Except for rebuttal and impeachment, exhibits not listed will not be admissible at trial without good cause shown.

    Prior to the beginning of the hearing, each party shall deliver to the courtroom deputy clerk a copy of the exhibit list, shall premark its exhibits, and shall deliver its premarked exhibits to the courtroom deputy clerk. Exhibit stickers are available from the courtroom deputy clerk. All exhibits shall be marked numerically and say "Plaintiff" or "Defendant". If there is more than one plaintiff or defendant, the exhibits shall identify

the party offering the exhibit (e.g., Defendant Smith, Exhibit #1). If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit (e.g., Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5) The parties shall prepare <u>two</u> courtesy copies of the documentary exhibits for the court's use during the hearing.  The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number.  If possible, the documentary exhibits of both parties shall be combined into one notebook.  All copies shall be stamped "Copy" to distinguish them from the original exhibit.  The "Copy" stamp shall be in a color other than black to show that the word "copy" is not part of the exhibit itself.

    SO ORDERED at Hartford, Connecticut this 27th day of June, 2013.

                                                      _____/s/_____
                                                    Donna F. Martinez
                                                    United States Magistrate Judge